A11A2257. THE STATE v. BROWN.
(754 SE2d 380)

BOGGS, Judge.

In *Brown v. State*, 293 Ga. 787 (750 SE2d 148) (2013), the Supreme Court reversed the judgment of this Court in *State v. Brown*,

---

315 Ga. App. 154 (726 SE2d 654) (2012). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Barnes, P. J., Miller, Dillard, Ray, Branch and McMillian, JJ., concur.*

DECIDED JANUARY 23, 2014.

*Patrick H. Head, District Attorney, Anna Green Cross, Richele P. Anderson, Assistant District Attorneys*, for appellant.

*John A. Steakley*, for appellee.